# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 24 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Christopher Gavin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/28/2008. Defendant appears in response to arrest on 5/28/2008. Defendant informed of his rights. Government seeks detention. Detention hearing set for 6/2/2008 at 10:30 a.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|