## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
U.S.A. v. Hicks, et al

Case Number: 1: 008 cr 00401-24

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CHRISTOPHER GAVIN

| |
|---|
| NAME (Type or print) <br> Michael D. Krejci |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael D. Krejci |
| FIRM <br> Michael D. Krejci and Associates, L.L.C. |
| STREET ADDRESS <br> 1770 Park Street, Suite 205 |
| CITY/STATE/ZIP <br> Naperville, Illinois 60563 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6190333 | TELEPHONE NUMBER <br> (630) 388-0600 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐