**FELONY**

**FILED**
AUG 21 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CR   401**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE ZAGEL**

**MAGISTRATE JUDGE ASHMAN**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   08 CR 401, *U.S. v. Isaiah Hicks, et al., Ashman*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☐   YES X

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery ........... (II)
   ☐ Post Office Robbery ...... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ................ (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ..... (IV)
   ☐ Other Embezzlement ..... (III)

   ☐ Income Tax Fraud  (II)
   ☐ Postal Fraud ........... (II)
   ☐ Other Fraud ........... (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ......... (III)
   ☐ Sex Offenses ........... (II)
   ☐ DAPCA Marijuana ...... (III)
   ☐ DAPCA Narcotics ....... (III)

   X DAPCA Controlled Substances .... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws ............ (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............ (IV)
   ☐ Motor Carrier Act ........... (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail ............... (III)
   ☐ Other Federal Statutes ........ (III)
   ☐ Transfer of Probation Jurisdiction  .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21 USC § 846
    21 USC § 841(a)(1)
    18 USC § 2
    18 USC § 924(c)
    18 USC § 922(g)

    21 USC § 843(b)
    21 USC § 856(a)(2)

    Sharon Fairley
    Assistant United States Attorney

(Revised 12/99)